UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEON ANTHONY POLK, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-2334 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is DISMISSED without prejudice.

This is a FINAL JUDGMENT.

SIGNED on this 2nd day of July, 2018.

_____
Kenneth M. Hoyt
United States District Judge